748 A.2d 1124

IN THE MATTER OF STEVEN J. BERNOSKY,
AN ATTORNEY AT LAW.

April 20, 2000.

## O R D E R

**STEVEN J. BERNOSKY** of **MARLTON,** who was admitted to the bar of this State in 1993, having pleaded guilty to embezzlement against an estate in violation of 18 *U.S.C.* § 153, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **STEVEN J. BERNOSKY** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **STEVEN J. BERNOSKY** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **STEVEN J. BERNOSKY** comply with *Rule* 1:20–20 dealing with suspended attorneys.